UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Eugene R. Wedoff

Hearing Date: January 20, 2010

Bankruptcy Case No.: 07-21626

Adversary No.: 09-01178

Title of Case: Barry A. Chatz, Trustee v. Jeffrey B. Steinback, LLC

Brief Statement of Motion: Voluntary Dismissal

Names and Addresses of moving counsel: Jeremy C. Kleinman, Frank/Gecker LLP, 325 N. LaSalle Street, Suite 625, Chicago IL 60654

Representing: Barry A. Chatz, Trustee

## ORDER

The Defendant having returned the transfers that are the subject of the above captioned adversary proceeding

IT IS HEREBY ORDERED:

The Complaint filed against Defendant Jeffrey B. Steinback LLC is dismissed with prejudice.

The above captioned adversary proceeding is to be closed at this time.

/s/ Eugene R. Wedoff